A TRUE COPY I CERTIFY
James W. McCormack
Clerk
By: /s/ Martha Fugate, D.C.

CLOSED, JTR, JURY

**U.S. District Court**
**Eastern District of Arkansas (Little Rock)**
**CIVIL DOCKET FOR CASE #: 4:08-cv-00357-JMM**
**Internal Use Only**

Hartlieb v. Davol Inc et al
Assigned to: Judge James M. Moody
Demand: $75,000
Cause: 28:1332 Diversity-Personal Injury-Product Liability

Date Filed: 04/22/2008
Date Terminated: 06/10/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Raymond Hartlieb**

represented by

**Derek H. Potts**
Potts Law Firm, LLC
908 Broadway
Suite 300
Kansas City, MO 64105
816-931-2230
Email: dpotts@potts-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marie Bernarde Miller**
Williams & Anderson, PLLC
111 Center Street
Suite 2200
Little Rock, AR 72201-2413
501-372-0800
Email: mmiller@williamsanderson.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc**
*a Delaware corporation*

**Defendant**

**C R Bard Inc**
*a New Jersey corporation*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/22/2008 | 1 | COMPLAINT with Jury Demand filed by Raymond Hartlieb against all defendants; Summonses were issued and returned to attorney; Filing fee of $350.00 paid, receipt #LIT011431. (kjp) (Entered: 04/23/2008) |
| 04/22/2008 | | (Court only) ***Set Magistrate & Jury Flags (kjp) (Entered: 04/23/2008) |
| 06/10/2008 | 2 | CONDITIONAL TRANSFER ORDER (CTO-19) directing the transfer of this case to the District of Rhode Island to become part of MDL No. 1842. (mkf) (Entered: 06/10/2008) |
| 06/10/2008 | | (Court only) ***Civil Case Terminated pursuant to Conditional Transfer Order (CTO-19) directing the transfer of this case to the District of Rhode Island to become part of MDL No. 1842. (mkf) (Entered: 06/10/2008) |
| 06/10/2008 | | Remark : Certified copy of docket sheet and Complaint e-mailed to District of Rhode Island pursuant to instructions from that Court regarding the transfer of this case to become part of MDL No. 1842. (mkf) (Entered: 06/10/2008) |